CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Aaron Frank MENDOZA**<br>DOB: 1988; United States Citizen | DOCKET NO. **23-02750MJ**<br><br>MAGISTRATE'S CASE NO. |

Complaint for violation of Title 18, United States Code, § 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 3, 2023, in the District of Arizona, **Aaron Frank MENDOZA** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is:   11 firearms (10 rifles, 1 handgun) including 7.62x39 Century Arms AK-47 rifles, 5.56 Smith & Wesson MP-15 rifles, a 5.56 Anderson manufacturing AM-15 rifle, and a .45 ZIG M451911A1 Tanker pistol, 21 magazines, and 141 rounds of ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 3, 2023, **Aaron Frank MENDOZA** attempted to make entry into the Republic of Mexico through the southbound passenger vehicle lanes at the Mariposa Port of Entry in Nogales, Arizona, as a sole occupant of a white Honda Odyssey bearing Sonora Mexico plates 420SYY1.   Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they selected the Honda Odyssey for outbound inspection. CBPOs took a negative binding declaration from **MENDOZA** to include firearms, ammunition, and currency more than $10,000.   **MENDOZA** stated the vehicle did not belong to him.   CBPOs observed **MENDOZA** exhibit signs of nervousness and referred the vehicle to secondary inspection whereupon CBPOs scanned the vehicle with a Z-portal x-ray machine and observed anomalies in the rear cargo area.   A subsequent search of the vehicle resulted in the discovery of 10 rifles, 1 handgun, 141 rounds of ammunition, and 21 magazines of various calibers located throughout the vehicle and in a duffel bag found in the trunk.   Some of the firearms included 7.62x39 Century Arms AK-47 rifles, 5.56 Smith & Wesson MP-15 rifles, a 5.56 Anderson manufacturing AM-15 rifle, and a .45 ZIG M451911A1 Tanker pistol.

In a post-*Miranda* interview, admitted arranging with someone to pick up the vehicle in Nogales, Arizona, and drive it to Mexico.   **MENDOZA** initially denied knowing what was in the vehicle, however, later admitted that he was going to be paid $250 to transport multiple firearms into Mexico.   **MENDOZA** stated that he never

**(BASIS OF COMPLAINT CONTINUE ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>     Being duly sworn, I declare that the foregoing is<br>     true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *R. Arellano*___ Digitally signed by RAQUEL ARELLANO Date: 2023.05.04 08:54:59 -07'00' | SIGNATURE OF COMPLAINANT<br><br>TIMOTHY P WATSON   Digitally signed by TIMOTHY P WATSON<br>Date: 2023.05.04 09:46:04 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>HSI Special Agent Tim Watson |

**Sworn by telephone   x**

| SIGNATURE OF MAGISTRATE JUDGE[1]<br><br>*Maria S. Aguilera* | DATE<br>May 4, 2023 |
|---|---|

[1]     See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

(BASIS OF COMPLAINANT'S AGAINST THE ACCUSED CONTINUED.)

23-02750MJ

actually saw the firearms but saw a male put a large duffel bag into the trunk of the vehicle.   MENDOZA stated he knew it was illegal to export firearms from the United States into Mexico and that he did not have a valid export license to do so.

The firearms, magazines, and ammunition found in the vehicle **MENDOZA** was driving qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license.   **MENDOZA** does not possess a license to export ammunition or magazines into Mexico.



